IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01963-NYW

M.D.,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

# FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Memorandum Opinion and Order [21], issued August 10, 2022, by the Honorable Nina Y. Wang, United States Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that this court hereby REVERSES the Commissioner's final decision and REMANDS this matter for further consideration consistent with this Memorandum Opinion and Order.

    Dated at Denver, Colorado this 11th day of August, 2022.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By s/ C. Pommenville
Deputy Clerk